

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COUT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  DEBORAH NABORS                                    CASE NO: 17-14050
        DEBTOR                                                        CHAPTER 13

### ORDER

An Objection to the Claim filed by United Consumer Financial Serv has been filed by the Debtor.  After notice and no written responses having been filed within the time prescribed by law, it is;

ORDERED that the secured claim of United Consumer Financial Serv is hereby only allowed in the amount of $200.00 at an annum interest rate of 5% over the life of the plan.  The remaining $1,295.10 is hereby only allowed as a general unsecured claim.

### ###END OF ORDER###

PRESENTED BY:

*/s/ R. Gawyn Mitchell*_____
R. GAWYN MITCHELL, 3383
Attorney for Debtor
112 5th Street South
Post Office Box 1216
Columbus, MS  39703-1216
(662) 327-3344